| | FOR COURT USE ONLY<br><br>**FILED**<br>FEB 15 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case:<br><br>**PALMS BLVD VENICE BEACH, LLC** | CASE NO.: 8:22-bk-10060-TA<br>CHAPTER: 11 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

    Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
    Name(s):                FortiFi Financial, Inc.
    Mailing Address:        11111 Santa Monica Blvd, Suite 950
    City, State, Zip Code:  Los Angeles, CA 90025

3. **New Address:**
    Mailing Address:        200 Spectrum Center Drive, Suite 1470
    City, State, Zip Code:  Irvine, CA 92618

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number _____

    Joint Debtor's DeBN account number _____

Date: 02/10/2022        Mark R. Ruh
                        Requestor's printed name(s)

                        /s/ MR
                        Requestor's signature(s)

                        CFO
                        Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                    F 1002-1.3.CHANGE.ADDRESS